NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


PHILIP JESSE MILLS, )
)
          Appellant, )
)
v. )      Case No. 2D18-1452
)
STATE OF FLORIDA, )
)
          Appellee. )
                                     )

Opinion filed February 6, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.


PER CURIAM.


      Affirmed.


CASANUEVA, KHOUZAM, and BLACK, JJ., Concur.